# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF JULIO MIGUEL ORLANDINI-AGREDA AND COMPAÑÍA MINERA ORLANDINI LTDA. FOR AN ORDER DIRECTING DISCOVERY FROM -v- GIBSON, DUNN & CRUTCHER LLP PURSUANT TO 28 U.S.C. § 1782 <br> Plaintiff, <br> Defendant. | Case No._____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for COMPAÑÍA MINERA ORLANDINI LTDA. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** September 25, 2017

/s/ Kevin Reed
Kevin Reed
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000

**Signature of Attorney**

**Attorney Bar Code:** NY Bar No. KR5368