UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-29-17

IN RE APPLICATION OF JULIO MIGUEL ORLANDINI-AGREDA AND COMPAÑÍA MINERA ORLANDINI LTDA. FOR AN ORDER DIRECTING DISCOVERY FROM GIBSON, DUNN & CRUTCHER LLP PURSUANT TO 28 U.S.C. § 1782

Misc. Action No. _____

## [PROPOSED] ORDER

Upon consideration of the Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Petition"), submitted by Petitioners Julio Miguel Orlandini-Agreda and Compañía Minera Orlandini Ltda., and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition. It is therefore

**ORDERED** that the Petition is granted, and that Petitioners are hereby authorized to serve the subpoena annexed to the Petition as Exhibit A upon Gibson, Dunn & Crutcher LLP ("Gibson Dunn"); and it is further

**ORDERED** that Gibson Dunn comply with such subpoena in accordance with and subject to its rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED**

Date: _September 28, 2017_

_____
U.S.D.J.