UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE APPLICATION OF JULIO MIGUEL ORLANDINI-AGREDA AND COMPAÑÍA MINERA ORLANDINI LTDA. FOR AN ORDER DIRECTING DISCOVERY FROM GIBSON, DUNN & CRUTCHER LLP PURSUANT TO 28 U.S.C. § 1782

Misc. Action No. 1:17-mc-00354

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Dawn Y. Yamane Hewett for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED.**

Applicant has declared that she is a member in good standing of the bars of the State of Oregon and the District of Columbia; and that her contact information is as follows:

Dawn Y. Yamane Hewett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Phone: (202) 538-8000
Fax: (202) 538-8100
E-mail: dawnhewett@quinnemanuel.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Petitioners Julio Miguel Orlandini-Agreda and Compañía Minera Orlandini Ltda. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 29, 2017
New York, New York

_____
Loretta A. Preska
U.S.D.J.