UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In Re: Application of Julio Miguel
Orlandini-Agreda and Compañia Minera
Orlandini Ltda,            Plaintiff(s),   :   17mc354 (LAP)

-against-                                  :   ORDER

                          Defendant(s).    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA,
                                    Senior U.S.D.J.

Dated: 9/21/23
New York, New York